UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | Chapter 7 |
| Douglas Bumstead | Case No. 19-14401-FJB |
| Debtor | |

TRUSTEE'S STATUS REPORT

John O. Desmond, Trustee, files the following status report:

1. The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on December 31, 2019. On June 10, 2020, the Court approved a settlement concerning the Trustee's Objection to an exemption in an automobile that was payable over six months. The Debtor has paid the settlement amount in full and the trustee is currently holding $2,999.36 in the estate.

2. The trustee just requested a bar date for claims which should be set for about 90 days from now. The trustee should be able to file his final report within 30 days of the bar date to set by the court.

Dated:   January 20, 2021

/s/ John O. Desmond
_____
John O. Desmond (BBO 554580)
Trustee
5 Edgell Road, Suite 30A
Framingham, MA 01701
Tel: (508) 879-9638
Email: trustee@jdesmond.com

CERTIFICATE OF SERVICE

January 20, 2021

    I, John O. Desmond, certify under the pains and penalties of perjury that on this date, true and correct copies of the foregoing TRUSTEE'S STATUS REPORT were served via the U.S. Bankruptcy Court's CM/ECF filing system or by U.S. Mail, First Class, postage pre-paid, to those persons not appearing on the Court's receipt of electronic filing:

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Kate E. Nicholson on behalf of Trustee John O. Desmond knicholson@nicholsonpc.com, knicholson@ecf.courtdrive.com;dluo@nicholsonpc.com

Steven R. Striffler on behalf of Debtor Douglas C Bumstead steve@strifflerlaw.com, strifflersr81644@notify.bestcase.com

/s/ John O. Desmond
_____
John O. Desmond